### ROITMAN AND SON, INC.

v.

### William I. CRAUSMAN.

### No. 79–422–A.

Supreme Court of Rhode Island.

Dec. 20, 1979.

Anthony F. Muri, Providence, for plaintiff.

William I. Crausman, pro se.

## ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

DORIS, J., did not participate.

■

### Regina SMITH

v.

### HOUSING AUTHORITY OF the CITY OF PROVIDENCE.

### No. 79–440–M.P.

Supreme Court of Rhode Island.

Dec. 20, 1979.

Rhode Island Legal Services, Inc., William Rutzik, Barbara Hurst, Providence, for petitioner.

Francis B. Brown, Providence, for respondent.

## ORDER

The petitioner's motion to proceed in forma pauperis is granted. The District Court judgments which petitioner asks us to review were appealable to Superior Court. Therefore, the petition for writ of certiorari is denied.

DORIS, J., did not participate.

■

### STATE

v.

### Alexander AVILA et al.

### No. 79–476–M.P.

Supreme Court of Rhode Island.

Dec. 20, 1979.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Chief, Appellate Division, for plaintiff-respondent.

McOsker, Isserlis & Davignon, Milton L. Isserlis, Michael Fitzpatrick, Providence, for defendants-petitioners.

## ORDER

The petition for writ of certiorari is granted.

DORIS, J., did not participate.